Seth D. Mansergh, SBN 274892
smansergh@slenvironment.com
Kenneth A. Sansone, SBN 319982
ksansone@slenvironment.com
SL ENVIRONMENTAL LAW GROUP
201 Filbert St, Suite 401
San Francisco, CA 94133
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

**JS-6**

Attorneys for Plaintiff GOLDEN STATE WATER COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN STATE WATER COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY; DOW AGROSCIENCES LLC; SHELL OIL COMPANY, also doing business as SHELL CHEMICAL COMPANY; J.R. SIMPLOT COMPANY; FMC CORPORATION; CROP PRODUCTION SERVICES, INC.; and DOES 1 through 300, INCLUSIVE,<br><br>Defendant. | Case No. 2:18-CV-08199 MWF (SP)<br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Hon. Michael W. Fitzgerald |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Golden State Water Company ("Golden State") and defendants The Dow Chemical Company; Dow Agrosciences LLC; Shell Oil Company; and Crop Production Services, Inc., now know as Nutrien Ag Solutions, Inc., hereby jointly stipulate to the dismissal, with prejudice, of Golden State's claims against them in this matter, with each party to bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| Dated: March 3, 2020 | | KING & SPALDING LLP |
| | | By: /s/ Nicholas D. Kayhan |
| | | Nicholas D. Kayhan<br>Bailey J. Langner |
| | | Attorneys for Defendants<br>THE DOW CHEMICAL COMPANY<br>and DOW AGROSCIENCES LLC |
| Dated: March 3, 2020 | | SL ENVIRONMENTAL LAW GROUP |
| | | By: /s/ Kenneth A. Sansone |
| | | Kenneth A. Sansone<br>Seth D. Mansergh |
| | | Attorneys for Plaintiff<br>GOLDEN STATE WATER COMPANY |
| Dated: March 3, 2020 | | STEPTOE & JOHNSON LLP |
| | | By: /s/ Jay E. Smith |
| | | Jay E. Smith |
| | | Attorney for Defendants<br>SHELL OIL COMPANY, d/b/a "SHELL CHEMICAL COMPANY," and CROP PRODUCTION SERVICES, INC., now known as NUTRIEN AG SOLUTIONS, INC. |

**IT IS SO ORDERED.**

Dated: March 4, 2020

*/s/ Michael W. Fitzgerald*
MICHAEL W. FITZGERALD
United States District Judge